■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRUCE REED, Appellant

After viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we conclude that the jury could have found beyond a reasonable doubt that the defendant was guilty of criminal possession of a weapon in the second degree.

We have considered the defendant's other contentions, including those in his supplemental *pro se* brief, and find them to be unpreserved and, in any event, without merit. Mangano, J. P., Niehoff, Kooper and Spatt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM RIVERS, Appellant

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606). Mangano, J. P., Brown, Rubin and Eiber, JJ., concur.